was not entitled to enter judgment in such an action, if brought. There is no finding and no evidence that the defendant had ever threatened to manufacture these belts when the elastic on hand January 1, 1895, had been used up, and the court below held that they had a right to manufacture such elastic into belts. Nor is there the slightest justification for saying that, under the agreement, plaintiff had any right to royalties before the belts were accurately manufactured. If plaintiff had been dissatisfied with the judgment as directed by the court, as to the right to manufacture the elastic on hand, she should have appealed. As she did not appeal, and on the decision rendered the defendant was entitled to a judgment, this court could do nothing except direct such judgment. The injunction was entirely unauthorized by anything that appeared in the decision, and, upon the decision as filed, the defendant was entitled to judgment. Motion for reargument is therefore denied, with $10 costs.

---

BUELL, Respondent, v. MASSEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. April 27, 1896.) Action by George A. Buell against Samuel Massey and Arthur C. Massey. No opinion. Judgment affirmed, with costs. All concur.

---

BUSSEY & McLEOD STOVE CO., Appellant, v. WILKINS, Respondent. (Supreme Court, Appellate Division, Third Department. April 20, 1896.) Action by the Bussey & McLeod Stove Company against David Wilkins, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUTCHER, Appellant, v. HENNING et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Edward Butcher, Jr., against John L. Henning and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 35 N. Y. Supp. 1006.

---

CALLAN, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by John C. Callan against the mayor and common council of city of New York. D. J. Early, for appellant. F. M. Scott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

CAMPBELL et al. v. NEW YORK LIFE INS. CO. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Joseph Campbell and other against the New York Life Insurance Company. No opinion. Motion denied. See 37 N. Y. Supp. 1144.

---

CARR, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by Mamie F. Carr against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. All concur, except PRATT, J., not sitting.

---

CHAMBERS v. LANCASTER et al. (Supreme Court, Appellate Division, Second Department. June 25, 1896.) Action by William C. Chambers against James H. Lancaster and others. No opinion. Motion for a reargument denied, with $10 costs. See 38 N. Y. Supp. 253, 1142. All concur, except PRATT, J., not voting, and BROWN, P. J., not sitting.

---

CHRISTIE, Respondent, v. NEW YORK BOWERY INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Edward Christie against the New York Bowery Insurance Company. C. B. Meyer, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

COLES, Respondent, v. DUDEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by George Coles against Herman Duden. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless plaintiff stipulates within 20 days to reduce the verdict to $1,000, and extra allowance to $50. If such stipulation is filed, the judgment so reduced is unanimously affirmed, with costs to the respondent. All concur.

---

COLTON, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Charles H. Colton against the New York Elevated Railway Company. A. S. Lyman, for appellant. J. A. Hodge, for respondent. No opinion. Judgment affirmed, with costs.

---

CONE, Plaintiff, v. O'CONNOR, et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Mary B. Cone against William T. O'Connor and others. No opinion. Motion denied, with costs.

---

CONNOLLY v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Ellen M. B. Connolly against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs. See 38 N. Y. Supp. 1142.

---

COREY, Plaintiff, v. ELECTRIC CONSTRUCTION & SUPPLY CO., Defendant. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Robert B. Corey against the Electric Construction & Supply Company. H. B. Johnson, for plaintiff. E. T. McLaughlin, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

---

CORLEIS, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Jacob Corleis against Benedict Fischer and others. U. W. Tompkins, for appellants. W. S. Maddox, for respondent. No opinion. Judgment affirmed, with costs.